# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



UNITED STATES OF AMERICA

v. Case No: 11-20066-7

Ed Allen Taylor

### APPOINTMENT OF FEDERAL DEFENDER OFFICE

☐ **MULTIPLE DEFENDANT CASE**   ☐ **DEFENDANT IN CUSTODY**

☐ **NON-ENGLISH SPEAKING**   LANGUAGE: _____

VIOLATION: _____   CASE TYPE: _____

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: 7/23/12 @ 1:00 pm

Dated: 7/19/12

_____
United States District Judge/Magistrate Judge

AUSA Assigned: Molsin/Straus

### PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

FILED JUL 19 2012 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044 01/95

ORIGINAL