UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUL 2 3 2012
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-7   EDWARD ALLEN TAYLOR,
*a/k/a "Big Ed"*

    Defendant.
_____/

CRIMINAL NO. 11-CR-20066 - 07

HONORABLE ~~MARIANNE O. BATTANI~~
*Robert H. Cleland*

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, EDWARD ALLEN TAYLOR, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count Six; a minimum of five years to forty years in prison, a $5,000,000 fine, or both

*Edward A Taylor*
EDWARD ALLEN TAYLOR
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*Nicholas J. Vendittelli*
PRINT NAME:
Counsel for Defendant

Dated: 7/23/12