UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                            Criminal No. 2:11-cr-20066

            Plaintiff,

                            Honorable Robert H. Cleland

vs.

D-7, EDWARD ALLEN TAYLOR,

            Defendant.

_____/

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853, and based upon the guilty plea of Defendant Edward Allen Taylor ("Defendant") to violating 21 U.S.C. §§ 846, 841(a)(1) as alleged in Count Six of the Indictment, the terms contained in Defendant's Rule 11 Plea Agreement, the Government's Application for Entry of Preliminary Order of Forfeiture, and other information in the record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

1. Defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of Defendant's violation of  21 U.S.C. §§ 846, 841(a)(1)(a) as alleged in the Indictment, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of Defendant's violation of 21 U.S.C. §§ 846, 841(a)(1) (a).

2. If any property subject to forfeiture is identified prior to Defendant's sentencing, pursuant to 21 U.S.C. § 853, such property **SHALL BE FORFEITED** to the United States for disposition according to law, and any right, title or interest of Defendant, and any right, title or interest that his heirs, successors, or assigns, have or may have in the Subject Property **SHALL BE AND FOREVER BE EXTINGUISHED**.

3. If specific property is identified for forfeiture prior to Defendant's sentencing, the United States Attorney General or his designee is authorized to commence any applicable proceeding to comply with the statutes governing third party rights, including giving notice of this Order.

4. If specific property is identified for forfeiture pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of its intent to dispose of such property in such manner as the Attorney General may direct on www.forfeiture.gov for at least thirty (30) consecutive days.  Said notice shall direct that any person, other than the Defendant, asserting a legal interest in such property may file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the property.

Pursuant to 21 U.S.C. § 853(n), any petition filed by a third party asserting an interest in the property subject to forfeiture under this Order must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's alleged right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.  Pursuant to 21 U.S.C. § 853(n), the United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the property.

5. Pursuant to 21 U.S.C. § 853(n), following the Court's disposition of any petitions for ancillary hearing, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third party petitions, the United States shall have clear title to forfeited property, all other interests in such property shall be FORFEITED to the United States, this Order shall become the Final Order of Forfeiture as provided by Federal Rule of Criminal Procedure 32.2(c)(2), and the United States shall be authorized to dispose of forfeited property as prescribed by law.

6. The Court retains jurisdiction to enforce this Order, and to amend it as

necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  July 21, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record
and/or pro se parties on this date, July 21, 2016, by electronic and/or ordinary mail.


 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522